In the Matter of the Claim of Elsa Melendez, Respondent, v. Jewel Trend Button Company et al., Appellants. Workmen's Compensation Board,

Respondent.— 

No opinion. Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.